2:25-cv-00269-RLP

F10.01-2 Form Complaint Provided by Prison System to Prisoner Under 42 U.S.C. § 1983

Civil Rights Act, 42 U.S.C. § 1983

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 24, 2025

SEAN F. McAVOY, CLERK

Emmanuel Franklin Phillips
[Enter above the full name of the plaintiff in this action]

in the United States Eastern District Court For Washington State

v.

Airway Heights Correctional Center, Medical
[Enter above the full name of the defendant in this action]

I. Previous Lawsuits
   None

II. Parties
[In item below, place your name in the first blank and place your present address in the second blank]

~~IV. Statement of~~   A. Name of Plaintiff Emmanuel Phillips
                      B. Defendant, A. Medical, is employed as Staff                                            at Airway Heights correctional center
C. Additional Defendants

IV. Statement of Claim
~~back as a violator~~   I came here to AHCC on July 12, 24 back as a violator of GRE (Graduation Reentry). When I arrived I had a little over one year to go until my ERD, which is 10/17/25. I was on Suboxone

①

prescribed by my doctor when I got here and have been on it for about a year. But was taken off do to not enough staff, (is what medical says) but seeing others on it, say different. I'v claimed numerous medical emergencies, wrote grievances, sent kites to the CMD here at this facility, Even wrote the CRC Committee. (see medical file) but Nothing, helped. I suffered horribly, from pain and withdrawal for 9 months by AHcc staff taking me off my medication and not treating me properly with care and equal rights as others.

V. Relief

[State briefly exactly what you want the court to do for you. Make no legal arguments, cite no cases or statutes]

I would like to sue them (AHcc medical) 200,000 for pain and suffering.

Signed Emmanuel Phillips date 07/19/25

[s] signature of Plaintiff]

I declare under penalty of perjury that the foregoing is true and correct.

Date, 07/19/2025 [signature of Plaintiff]

②